JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
(408)297-4279

FILED
2008 AUG -4 P 2: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HECTOR NELEGLATTI

    Plaintiff,

vs.

DISH DASH LLC, dba DISHDASH RESTAURANT DAVID KAIMI NIEMAN dba DISHDASH RESTAURANT AND DOES 1-10

    Defendants

Defendants

) Case No:
)
) DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial.

JAMES DAL BON
LAW OFFICES OF JAMES DAL BON

COMPLAINT - 9