* E-filed 1/6/09*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HECTOR NELEGLATTI,

          Plaintiff,

    v.

DAVID KAIMI NIEMAN, and DOES 1-10

          Defendants.

_____/

Case No. CV 08-3721HRL

**ORDER STAYING CASE; CONTINUING STATUS CONFERENCE**

Plaintiff represented that the defendant is in Bankruptcy, and requested a 60 day continuance of the status conference. Pursuant to these representations, and based on the Status Conference Report and Request for Continuance (Docket No. 10), the case is now STAYED. A status conference is set for Tuesday, March 10, 2009 at 1:30 p.m. in Courtroom 2, fifth floor, United States District Courthouse, San Jose.

**IT IS SO ORDERED**.

Dated:    1/6/09

_____

HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE

United States District Court

For the Northern District of California

1 THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA ECF

2 * Counsel are responsible for providing copies of this order to co-counsel.

3

4

5 Dated:  1/6/09

6 _____
                                             /s/ mpk

7                                        Chambers of Magistrate Judge Lloyd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2